IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TOBY R. TRUSDALE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. CIV-17-320-M |
| ) | |
| B. M. ANTONELLI, Warden, ) | |
| ) | |
| Respondent. ) | |

## ORDER

On May 30, 2017, United States Magistrate Judge Gary M. Purcell issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2241, seeking a writ of habeas corpus. The Magistrate Judge recommended that the Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 be denied. The parties were advised of their right to object to the Report and Recommendation by June 19, 2017. A review of the file reveals no objection has been filed.

Upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 14] issued by the Magistrate Judge on May 30, 2017, and

(2) DENIES the Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.

**IT IS SO ORDERED this 11th day of July, 2017.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE